B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Massachusetts

In re  H N Hinckley & Sons, Inc.
Debtor(s)

Case No.
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   Retainer:  For legal services, I have agreed to accept and received a retainer of    $  30,000.00

   Within one year prior to the filing of the Debtor's bankruptcy petition, the Debtor paid the undersigned    $  4,275.64  for all representation.

2. The source of the  retainer  paid to me was:

   ■ Debtor    ■ Other (specify):  The Debtor paid the retainer by direct transfer of a $30,000.00 payment to the Debtor from Orgill, P.O. Box 140, Memphis, TN  38101

3. The source of compensation to be paid to me is:

   ■ Debtor    ■ Other (specify):  To the extent additional allowed compensation is not paid by the Debtor, payment has been guaranteed by Laura Abbady, a director and shareholder of the Debtor.

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Those services set forth in detail in the Application of Debtor to Employ Posternak Blankstein & Lund LLP filed herewith.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2-6-18
Date

/s/ Adam J. Ruttenberg
Adam J. Ruttenberg BBO No. 553158
*Signature of Attorney*
**Posternak Blankstein & Lund LLP**
**Prudential Tower**
**800 Boylston Street**
**Boston, MA 02199-8004**
**617-973-6100  Fax: 617-367-2315**
*Name of law firm*