**Fill in this information to identify the case:**

Debtor name    **H N Hinckley & Sons, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **18-10398**

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**                                                                                                **$400.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)            Type of account            Last 4 digits of account
                                                                                                                     number

       3.1.    **Rockland Trust Company**            Checking            0034            **$301.75**

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                          **$701.75**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1.    **Lease Deposit on Lantern Lane Outside Warehouse, held by J. Bruce MacGregor.**            **$2,000.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | H N Hinckley & Sons, Inc. | Case number *(If known)* 18-10398 |
|---|---|---|
| | Name | |

| 8.2. | Lease Deposit on Airport Business Park land, held by Martha's Vineyard Airport. | $2,387.84 |
|---|---|---|

| 9. | Total of Part 2. | $4,387.84 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **2,565.15** | - | **0.00** = .... | $2,565.15 |
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **506,612.35** | - | **389,151.01** =.... | $117,461.34 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | Total of Part 3. | $120,026.49 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| | 15.1.  **LBM Advantage, Inc.** | **<1%** % | $40,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | Total of Part 4. | $40,000.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| Debtor | **H N Hinckley & Sons, Inc.** | | Case number *(If known)*  **18-10398** |
|---|---|---|---|
| | Name | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Inventory** | 12/31/17 | $325,000.00 | | $325,000.00 |
| 22. | **Other inventory or supplies** | | | | |
| 23. | **Total of Part 5.** | | | | $325,000.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | | | | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value      23229.85   Valuation method     **Cost**      Current Value     23229.85

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, chairs, tables, floor mats, bookcases, filing cabinets, etc.** | $0.00 | Estimate | $2,000.00 |
| 40. | **Office fixtures** **Partitions, mail organizer, storage systems, etc.** | $0.00 | Estimate | $500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, printers, fax machines, scanners, telephone equipment, time clocks, etc.** | $0.00 | Estimate | $2,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **H N Hinckley & Sons, Inc.** | Case number *(If known)* **18-10398** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8.    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1991 Chevy Kodiak Model CC7h04 Boom Truck, VIN#1GBT7H4J4MJ104456** | $0.00 | Review of Comps | $5,000.00 |
| 47.2. **2000 International Model 20S Boom Truck, VIN#1HTGLAHTXYH223575** | $0.00 | Review of Comps | $25,000.00 |
| 47.3. **2001 Ford Flat Bed Dump Truck, VIN#1FDAF56F81EA77484** | $0.00 | Review of Comps | $2,000.00 |
| 47.4. **2006 Ford Lowcab Box Truck, VIN#3FRML55Z36V151303** | $0.00 | Review of Comps | $10,000.00 |
| 47.5. **1999 Ford Flat Bed Dump Truck, VIN#1FDAF57F3XEA86276** | $0.00 | Review of Comps | $1,000.00 |
| 47.6. **2000 Ford Flat Bed Dump Truck, VIN#1FDAF56F8YED37439** | $0.00 | Review of Comps | $1,500.00 |
| 47.7. **1995 Chevy Kodiak Flat Bed Dump Truck, VIN#1GBJ7H1PXSJ112168** | $0.00 | Review of Comps | $2,000.00 |
| 47.8. **1998 Freightliner FL112 Tractor, VIN#1FUYWD4WH926154** | $0.00 | Review of Comps | $8,000.00 |

| Debtor | **H N Hinckley & Sons, Inc.** | | Case number *(If known)* **18-10398** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.9. | **2001 Great Dan Box Trailer,** **VIN#1GRAA96261B059645** | $0.00 | Review of Comps | $6,000.00 |
| 47.10 | **1996 Great Dane Box Trailer,** **VIN#1GRAA9624TB042314** | $0.00 | Review of Comps | $4,500.00 |
| 47.11 | **2012 Utility Flat Bed Trailer,** **VIN#1UYFS2480CA382207** | $0.00 | Review of Comps | $12,000.00 |
| 47.12 | **1992 Great Dane Box Trailer,** **VIN#1GRAA9629NB098123** | $0.00 | Review of Comps | $3,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Caterpillar LP Forklift Model GP45K,** **SER#AT29B80080** | $0.00 | Review of Comps | $8,000.00 |
| **Yale LP Forklift Model F519661,** **SER#B875B10055E** | $0.00 | Review of Comps | $2,000.00 |
| **Yale LP Forklift Model GLP080LJNGBR089,** **SER#E813V04958D** | $0.00 | Review of Comps | $15,000.00 |
| **Clark LP Forklift, SER#GPX230E008393671B** | $0.00 | Review of Comps | $3,000.00 |
| **Toyota LP Forklift Model 7FGU45, SER#60356** | $0.00 | Review of Comps | $15,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    **$123,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | H N Hinckley & Sons, Inc. | | Case number *(If known)* | 18-10398 |
|---|---|---|---|---|
| | Name | | | |

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 61 Beach Road,<br>Vineyard Haven, MA | Fee simple | $237,359.03 | Appraisal | $2,750,000.00 |
| 55.2. | Warehouse:<br>Martha's Vineyard Airport Business Park<br>Lot 18<br>21 East Line Road<br>Edgardtown, MA 02539 | Owner of Building and Improvements; Lessee of Land | $391,948.60 | Replacement | $650,000.00 |

| 56. | Total of Part 9.<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $3,400,000.00 |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites<br>Facebook page | $0.00 | | Unknown |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations<br>Customer List | $0.00 | | $0.00 |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **H N Hinckley & Sons, Inc.** | Case number *(If known)* **18-10398** |
|---|---|---|
| | Name | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

| | Total face amount | | doubtful or uncollectible amount | | Current value |
|---|---|---|---|---|---|
| **Note from Thornton Chandler Construction (secured by mortgage note on commercial property)** | 23,473.06 | - | 0.00 | = | $23,473.06 |
| **Note from Kyle Gatchell (secured by mortgage note on residential property)** | 3,167.61 | - | 0.00 | = | $3,167.61 |
| **Note from Howard Sashin (secured by $82,000 attachment against second home)** | 82,890.85 | - | 0.00 | = | $82,890.85 |
| **Loans to Laura Abbady** | 435,879.68 | - | 0.00 | = | $435,879.68 |
| **Loans to Elizabeth Cosgrove** | 270,010.90 | - | 0.00 | = | $270,010.90 |
| **Loans to Wayne Guyther III** | 389,988.39 | - | 0.00 | = | $389,988.39 |
| **Loans to (Estate of) Wayne Guyther Jr.** | 5,543.10 | - | 0.00 | = | $5,543.10 |
| **Loans to (Estate of) Nelson Guyther** | 216,891.93 | - | 0.00 | = | $216,891.93 |

| Debtor | **H N Hinckley & Sons, Inc.** | Case number *(If known)* **18-10398** |
|---|---|---|
| | Name | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Potential claim against Martha's Vineyard Airport Commission for failure to consent to assignment of lease.**                                                                    **Unknown**
Nature of claim
Amount requested                            **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                   **$1,427,845.52**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **H N Hinckley & Sons, Inc.** | Case number *(If known)* **18-10398** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $701.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,387.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $120,026.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $40,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $325,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $123,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................>  | | $3,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*     + | $1,427,845.52 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,045,961.60 | + 91b.   $3,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,445,961.60 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name   **H N Hinckley & Sons, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS |
| Case number (if known)   **18-10398** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1**   **Brockway-Smith Company**<br>Creditor's Name<br><br>**35 Upton Drive<br>Wilmington, MA 01887**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**1. 61 Beach Road, Vineyard Haven, MA.**<br>**2. Warehouse Martha's Vineyard Airport Business Park, Lot 18  21 East Line Road Edgardtown,MA 02539.**<br><br>**Describe the lien**<br>**Attachment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $5,723.93 | $3,400,000.00 |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| **2.2**   **Cooperative Reserve Supply, Inc.**<br>Creditor's Name<br><br>**1100 Iron Horse Park<br>North Billerica, MA 01862**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**1. 61 Beach Road, Vineyard Haven, MA.**<br>**2. Warehouse Martha's Vineyard Airport Business Park, Lot 18  21 East Line Road Edgardtown, MA 02539.**<br><br>**Describe the lien**<br>**Attachment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $6,851.26 | $3,400,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | H N Hinckley & Sons, Inc. | | Case number (if know) | 18-10398 |
|---|---|---|---|---|
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $2,515,881.51 | $5,445,961.60 |
|---|---|---|---|---|
| | Creditor's Name | 1. 61 Beach Road, Vineyard Haven, MA. | | |

**Internal Revenue Service**
Creditor's Name

PO Box 7346
Philadelphia, PA
19101-7346
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**1. 61 Beach Road, Vineyard Haven, MA.
2. Warehouse Martha's Vineyard Airport Business Park, Lot 18  21 East Line Road Edgartown, MA 02539.
3. Inventory, equipment, accounts receivable, and other personal property**

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$2,515,881.51    $5,445,961.60

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Martha's Vineyard Savings Bank** | | | |
|---|---|---|---|---|

**Martha's Vineyard Savings Bank**
Creditor's Name

c/o Thomas S. Vangel, Esq.
Murtha Cullina
99 High Street
Boston, MA 02110
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**1. 61 Beach Road, Vineyard Haven, MA.
2. Warehouse Martha's Vineyard Airport Business Park, Lot 18  21 East Line Road Edgartown, MA 02539.
3. Inventory, equipment, accounts receivable, and other personal property**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,941,646.83    $5,445,961.60

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor  **H N Hinckley & Sons, Inc.**
Name

Case number (if know)  **18-10398**

| 2.5 | **Massachusetts Department of Revenue** | Describe debtor's property that is subject to a lien | $1,412,831.00 | $5,445,961.60 |
|---|---|---|---|---|

Creditor's Name

**1. 61 Beach Road, Vineyard Haven, MA.**
**2. Warehouse Martha's Vineyard Airport Business Park, Lot 18  21 East Line Road Edgardtown, MA 02539.**
**3. Inventory, equipment, accounts receivable, and other personal property**

**Bankruptcy Unit**
**PO Box 9564**
**Boston, MA 02114**

Creditor's mailing address

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2014 -2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Schlossberg LLC** | Describe debtor's property that is subject to a lien | Unknown | $82,890.85 |
|---|---|---|---|---|

Creditor's Name

**Note from Howard Sashin (secured by $82,000 attachment against second home)**

**35 Braintree Hill Office Park**
**Suite 401**
**Attn: George W.**
**Skogstrom, Esq**
**Braintree, MA 02184**

Creditor's mailing address

Describe the lien
**Attorney's Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Shirley Williams** | Describe debtor's property that is subject to a lien | $25,497.44 | $3,400,000.00 |
|---|---|---|---|---|

Creditor's Name

**1. 61 Beach Road, Vineyard Haven, MA.**
**2. Warehouse Martha's Vineyard Airport Business Park, Lot 18  21 East Line Road Edgardtown, MA 02539.**

**C/O Ernest Douglas**
**Sedeholm, Esq.**
**3 Mariners Landing**
**P.O. Box 2356**
**Edgardtown, MA 02539**

Creditor's mailing address

Describe the lien
**Attachment**

---

Debtor    **H N Hinckley & Sons, Inc.**
Name

Case number (if know)    **18-10398**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ◼ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ◼ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ◼ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **Town of Edgartown** | Describe debtor's property that is subject to a lien | $5,851.59 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name

**70 Main Street**
**Edgartown, MA 02539**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ◼ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Warehouse Martha's Vineyard Airport Business Park, Lot 18**
**21 East Line Road Edgardtown, MA 02539.**

**Describe the lien**

**Is the creditor an insider or related party?**
- ◼ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ◼ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **Town of Tisbury** | Describe debtor's property that is subject to a lien | $179,224.26 | $2,750,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1208**
**Tisbury, MA 02568**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ◼ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**61 Beach Road, Vineyard Haven, MA**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
- ◼ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ◼ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 5

Debtor     **H N Hinckley & Sons, Inc.**                                    Case number (*if know*)     **18-10398**
           <sub>Name</sub>

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          | $6,093,507.8 2 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **H N Hinckley & Sons, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF MASSACHUSETTS

Case number (if known)     **18-10398**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|
| | **20-20 Technologies**<br>**550 3 Mile Road NW**<br>**Grand Rapids, MI 49544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,000.00** |
|---|---|---|---|
| | **Ace Hardware Corp.**<br>**2200 Kensington Court**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,706.77** |
|---|---|---|---|
| | **Anderson Corporation**<br>**100 4th Ave N**<br>**Bayport, MN 55003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Araujo Brothers, Inc.**<br>**162 Midland Av.**<br>**Vineyard Haven, MA 02568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,432.00 |
|---|---|---|---|
| | **Arcan Enterprises** | ☐ Contingent | |
| | P.O. Box 31057 | ☐ Unliquidated | |
| | Clarksville, TN 37040 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.86 |
|---|---|---|---|
| | **AT&T Mobility** | ☐ Contingent | |
| | P.O. Box 6463 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-6463 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,035.00 |
|---|---|---|---|
| | **Bradford Steel** | ☐ Contingent | |
| | 46 Braley Rd. | ☐ Unliquidated | |
| | East Freetown, MA 02717 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.52 |
|---|---|---|---|
| | **Canyon Creek Cabinet Company** | ☐ Contingent | |
| | 16726 Tye Street SE | ☐ Unliquidated | |
| | Monroe, WA 98272 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602.66 |
|---|---|---|---|
| | **Cape Cod Battery, Inc.** | ☐ Contingent | |
| | 78 County Road | ☐ Unliquidated | |
| | East Freetown, MA 02717-1622 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.35 |
|---|---|---|---|
| | **Cape Cod Express, Inc.** | ☐ Contingent | |
| | 1 Express Drive | ☐ Unliquidated | |
| | Wareham, MA 02571 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,225.00 |
|---|---|---|---|
| | **Cape Cod Trailer Storage, Inc.** | ☐ Contingent | |
| | Drawer W. | ☐ Unliquidated | |
| | Hyannis, MA 02601 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | H N Hinckley & Sons, Inc. | | Case number (if known) | 18-10398 |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $692.52 |
|---|---|---|---|

**3.12 Cohenno, Inc.**
92 Evans Drive
Stoughton, MA 02072
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes
**$692.52**

**3.13 Comcast Business**
P.O. Box 1577
Newark, NJ 07101-1577
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes
**$4,094.48**

**3.14 Counter Productions, Inc.**
103 Liberty Street
Brockton, MA 02301
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes
**$0.00**

**3.15 DAL Tile**
SSC Bakersfield-120
5305 Asge Road
Bakersfield, CA 93313-4623
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes
**$7,431.86**

**3.16 Dewalt (Stanley Black & Decker)**
701 E Joppa Road
Towson, MD 21286
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes
**$34,599.63**

**3.17 Dex Media**
P.O. Box 619009
DFW Airport
Dallas, TX 75261-9009
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes
**$7,920.24**

**3.18 Dukes County Builders**
P.O. Box 2547
Oak Bluffs, MA 02557
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __
Is the claim subject to offset? ☐ No ■ Yes
**$41,581.26**

Debtor    **H N Hinckley & Sons, Inc.**
    Name

Case number (if known)    **18-10398**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,387.40 |
|---|---|---|---|

**Eastern Insurance**
233 West Central Street
Natick, MA 01760-4623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Cosgrove**
9th Street
Edgartown, MA 02539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.19 |
|---|---|---|---|

**Epicor Software Corp.**
804 Las Cimas Parkway
Austin, TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,899.69 |
|---|---|---|---|

**Eversource**
P.O. Box 660753
Dallas, TX 75266-0753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,021.15 |
|---|---|---|---|

**Ferguson Enterprises, Inc.**
400 Lynnway
Lynn, MA 01901-1711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,815.40 |
|---|---|---|---|

**Florinda B. Desorcy Trust**
P.O. Box 111
Vineyard Haven, MA 02568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,800.00 |
|---|---|---|---|

**Fulchino, O'Reilly & Co.**
155 Middlesex Turnpike
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hi-Way Concrete**
**2746 Cranberry Highway**
**Wareham, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.36 |
|---|---|---|---|

**HTA Mobile Repair**
**475 Edgartown Road**
**Vineyard Haven, MA 02568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,100.00 |
|---|---|---|---|

**J. Bruce MacGregor**
**Drawer W**
**Hyannis, MA 02601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Cosgrove**
**9th Street**
**Edgartown, MA 02539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,590.20 |
|---|---|---|---|

**Joseph Grillo**
**RFD 610**
**Vineyard Haven, MA 02568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,130.36 |
|---|---|---|---|

**LBM Advantage**
**555 Hudson Valley Ave.  #200**
**New Windsor, NY 12553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.80 |
|---|---|---|---|

**M.V. Refuse & Disposal Resource**
**Recovery District**
**750 West Tisbury Road**
**Edgartown, MA 02539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,782.64 |
| | **Martha's Vineyard Airport**<br>**71 Airport Road**<br>**Vineyard Haven, MA 02568** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,505.00 |
| | **Martha's Vineyard Online**<br>**34 S Summer Street**<br>**Edgartown, MA 02539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,582.23 |
| | **Martha's Vineyard Times**<br>**P.O. Box 518**<br>**Vineyard Haven, MA 02568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,331.47 |
| | **Metabo Corp.**<br>**1231 Wilson Drive**<br>**West Chester, PA 19380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,724.63 |
| | **Neopost, Inc.**<br>**Dept. 3689**<br>**P.O. Box 123689**<br>**Dallas, TX 75312-3689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,120.78 |
| | **Northland Industrial Truck**<br>**6 Johnson Road**<br>**Wilmington, MA 01887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **NStar**<br>**800 Boylston St.**<br>**Boston, MA 02199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,321.93 |
|---|---|---|---|

**Prime Source, Inc.**
2517 Payshere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,701.20 |
|---|---|---|---|

**R. A. Graham Co, Inc.**
70 James Street
Worcester, MA 01603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,382.99 |
|---|---|---|---|

**R.M. Packer Co., Inc.**
Beach Rd
P.O. Box 308
Vineyard Haven, MA 02568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.76 |
|---|---|---|---|

**Ralph J. Perry, Inc.**
96 Falmouth Road
P.O. Box 339
Hyannis, MA 02601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,940.80 |
|---|---|---|---|

**RAM Board**
27460 Avenue Scott
Valencia, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,246.52 |
|---|---|---|---|

**Reeb Millwork Corporation**
P.O. Box 8000 Dept. 786
Buffalo, NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,926.38 |
|---|---|---|---|

**RGIS**
P.O. Box 77631
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,235.21 |
|---|---|---|---|

**Rons Truck Shop. Inc.**
P.O. Box 1460
Nantucket, MA 02554

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.30 |
|---|---|---|---|

**South Meadow Citgo**
227 S. Meadow Road
Plymouth, MA 02360

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,323.43 |
|---|---|---|---|

**Stergis Windows & Doors**
79 Walton Street
Attleboro, MA 02703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $872.23 |
|---|---|---|---|

**Sun Island Delivery**
10 Attucks Lane
Drawer W
Hyannis, MA 02601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |
|---|---|---|---|

**The Translaw Group**
785 Williams Street
Unit 428
Longmeadow, MA 01106

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.00 |
|---|---|---|---|

**Tonneson & Co.**
401 Edgewater PL #300
Wakefield, MA 01880

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.75 |
|---|---|---|---|

**US Specialty Supply**
575 Route 73 North
Unit C4
West Berlin, NJ 08091

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,258.49 |
|---|---|---|---|
| | **Velux America, LLC**<br>P.O. Box 75435<br>Charlotte, NC 28275-0435 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.56 |
|---|---|---|---|
| | **Verizon**<br>P.O.Box 15124<br>Albany, NY 12212-5124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|
| | **Vineyard Harbor Motel**<br>60 Beach Road<br>Vineyard Haven, MA 02568 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.40 |
|---|---|---|---|
| | **Vineyard Propane & Oil**<br>6 N Line Road<br>Edgartown, MA 02539-6006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,650.00 |
|---|---|---|---|
| | **Volta Transportation**<br>227 S. Meadow Road<br>Plymouth, MA 02360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,444.71 |
|---|---|---|---|
| | **W.B. Mason**<br>59 Centre Street<br>Brockton, MA 02303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.77 |
|---|---|---|---|
| | **Ware-Rite Distributors**<br>40 Industrial Drive<br>East Bridgewater, MA 02333 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | H N Hinckley & Sons, Inc. | Case number (if known) | 18-10398 |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,096.06 |
|---|---|---|---|

**Warren Trask Company**
**63B Bedford Drive**
**Lakeville, MA 02347-4000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wayne Guyther III**
**9 Tiffany Lane**
**Vineyard Haven, MA 02568**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,832.72 |
|---|---|---|---|

**Woodharbor Custom Cabinetry**
**3277 9th Street SW**
**Mason City, IA 50401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 988,846.66 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 988,846.66 |

**Fill in this information to identify the case:**

Debtor name     **H N Hinckley & Sons, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF MASSACHUSETTS

Case number (if known)     **18-10398**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of warehouse on Lantern Lane, Vineyard Haven, MA.** |
| | State the term remaining | **Month to Month** |
| | List the contract number of any government contract | **J. Bruce MacGregor**<br>**Drawer W**<br>**Hyannis, MA 02601** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of land under warehouse owned by Debtor.\***<br><br>**\*The Martha's Vineyard Airport Commission has purported to terminate the lease.** |
| | State the term remaining | **3.5 years, plus 20 year renewal option** |
| | List the contract number of any government contract | **Martha's Vineyard Airport Commission**<br>**71 Airport Road**<br>**Vineyard Haven, MA 02568** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **H N Hinckley & Sons, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **18-10398** |

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Wayne Guyther III | 9 Tiffany Lane<br>Vineyard Haven, MA 02568 | Martha's Vineyard Savings Bank | ■ D   **2.4**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | Wayne Guyther III | 9 Tiffany Lane<br>Vineyard Haven, MA 02568 | Anderson Corporation | ☐ D  _____<br>■ E/F  **3.3**<br>☐ G  _____ |
| 2.3 | Wayne Guyther III | 9 Tiffany Lane<br>Vineyard Haven, MA 02568 | Joseph Grillo | ☐ D  _____<br>■ E/F  **3.30**<br>☐ G  _____ |