**Fill in this information to identify the case:**

Debtor name: **H N Hinckley & Sons, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): **18-10398**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................................................................ $ **3,400,000.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................................................. $ **2,045,961.60**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B................................................................................................................ $ **5,445,961.60**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D.................... $ **6,093,507.82**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................ $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. +$ **988,846.66**

4. **Total liabilities** ................................................................................................................................. $ **7,082,354.48**
    Lines 2 + 3a + 3b