UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| H N HINCKLEY & SONS, INC., ) | Case No. 18-10398-JNF |
| ) | |
| Debtor. ) | |

# CERTIFICATE OF SERVICE

I, Adam J. Ruttenberg, hereby certify that on January 22, 2019, true copies of **Stipulation Between Debtor, Martha's Vineyard Savings Bank, and Massachusetts Department of Revenue Regarding Martha's Vineyard Savings Bank's Motion to Approve Distribution of Surplus Collateral Proceeds to the Debtor and Opposition and Joinder thereto** and **Motion to Approve Stipulation Between Debtor, Martha's Vineyard Savings Bank, and Massachusetts Department of Revenue Regarding Martha's Vineyard Savings Bank's Motion to Approve Distribution of Surplus Collateral Proceeds to the Debtor and Opposition and Joinder thereto** were served on the following via first class mail, postage prepaid:

Civil Process Clerk
Office of the United States Attorney for the District of Massachusetts
John Joseph Moakley United States Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
(and also certified mail)

Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
(and also certified mail)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101
(and also certified mail)

20-20 Technologies
550 3 Mile Road NW
Grand Rapids, MI 49544

Ace Hardware Corp.
2200 Kensington Court
Oak Brook, IL 60523

Andersen Distribution Inc
US Impact Inc
775 Asbury Dr Ste B
Mandeville, LA 70471-1843

Anderson Corporation
100 4th Ave N
Bayport, MN 55003

Araujo Brothers, Inc.
162 Midland Av.
Vineyard Haven, MA 02568

Arcan Enterprises
P.O. Box 31057
Clarksville, TN 37040

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Bradford Steel
46 Braley Rd.
East Freetown, MA 02717

Brockway-Smith Company
35 Upton Drive
Wilmington, MA 01887

Canyon Creek Cabinet Company
16726 Tye Street SE
Monroe, WA 98272

Cape Cod Battery, Inc.
78 County Road
East Freetown, MA 02717

Cape Cod Express, Inc.
1 Express Drive
Wareham, MA 02571

Cape Cod Trailer Storage, Inc.
Drawer W.
Hyannis, MA 02601

Cohenno, Inc.
92 Evans Drive
Stoughton, MA 02072

Comcast Business
P.O. Box 1577
Newark, NJ 07101

Commonwealth of Massachusetts
Department of Unemployment Assistance
Charles F. Hurley Building
19 Staniford Street, Third Floor
Boston, MA 02114

Cooperative Reserve Supply, Inc.
1100 Iron Horse Park
North Billerica, MA 01862

Counter Productions, Inc.
103 Liberty Street
Brockton, MA 02301

DAL Tile
SSC Bakersfield-120
5305 Asge Road
Bakersfield, CA 93313

DAL Tile Distribution, Inc.
7834 CF Hawn Freeway
Dallas, TX 75217

Dewalt
701 E Joppa Road
Towson, MD 21286

Dex Media
P.O. Box 619009
DFW Airport
Dallas, TX 75261

Dukes County Builders
P.O. Box 2547
Oak Bluffs, MA 02557

Eastern Insurance
233 West Central Street
Natick, MA 01760

Elizabeth Cosgrove
9th Street
Edgartown, MA 02539

Epicor Software Corp.
804 Las Cimas Parkway
Austin, TX 78746

Eversource
107 Selden Street
Berlin, CT 06037

Eversource
P.O. Box 660753
Dallas, TX 75266

Ferguson Enterprises, Inc.
22 National Drive
Franklin, MA 02038

Ferguson Enterprises, Inc.
400 Lynnway
Lynn, MA 01901

Florinda B. Desourcy Trust
P.O. Box 111
Vineyard Haven, MA 02568

Fulchino, OReilly and Co.
c/o Tonneson + Co.
401 Edgewater Place, Suite 300
Wakefield, MA 01880-6208

Hi-Way Concrete
2746 Cranberry Highway
Wareham, MA 02571

HTA Mobile Repair
475 Edgartown Road
Vineyard Haven, MA 02568

IPFS Corporation
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302

J. Bruce MacGregor
Drawer W
Hyannis, MA 02601

Joseph Cosgrove
9th Street
Edgartown, MA 02539

Joseph Grillo
RFD 610
Vineyard Haven, MA 02568

LBM Advantage
555 Hudson Valley Ave. #200
New Windsor, NY 12553

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

M.V. Refuse & Disposal Resource Recovery District
750 West Tisbury Road
Edgartown, MA 02539

Martha's Vineyard Online
34 S Summer Street
Edgartown, MA 02539

Martha's Vineyard Times
P.O. Box 518
Vineyard Haven, MA 02568

Metabo Corp.
1231 Wilson Drive
West Chester, PA 19380

Metabo Corporation
c/o Alan I. Margolies, Esq
793 Washington Street
Canton, MA 02021

Metabo Corporation
P.O. Box 824578
Philadelphia, PA 19182

Neopost, Inc.
Dept. 3689
P.O. Box 123689
Dallas, TX 75312

Northland Industrial Truck
6 Johnson Road
Wilmington, MA 01887

NStar
800 Boylston St.
Boston, MA 02199

Prime Source, Inc.
2517 Payshere Circle
Chicago, IL 60674

R. A. Graham Co, Inc.
70 James Street
Worcester, MA 01603

R.M. Packer Co., Inc.
Beach Rd
P.O. Box 308
Vineyard Haven, MA 02568

RAM Board
27460 Avenue Scott
Valencia, CA 91355

Ralph J. Perry, Inc.
96 Falmouth Road
P.O. Box 339
Hyannis, MA 02601

Reeb Millwork Corporation
P.O. Box 8000 Dept. 786
Buffalo, NY 14267

RGIS
P.O. Box 77631
Detroit, MI 48277

Rons Truck Shop. Inc.
P.O. Box 1460
Nantucket, MA 02554

Schlossberg LLC
Attn: George W. Skogstrom, Esq.
35 Braintree Hill Office Park, Suite 401
Braintree, MA 02184

Shirley Williams
C/O Ernest Douglas Sedeholm, Esq.
3 Mariners Landing
P.O. Box 2356
Edgartown, MA 02539

South Meadow Citgo
227 S. Meadow Road
Plymouth, MA 02360

Stergis Windows & Doors
79 Walton Street
Attleboro, MA 02703

Sun Island Delivery
10 Attucks Lane
Drawer W
Hyannis, MA 02601

The Translaw Group
785 Williams Street, Unit 428
Longmeadow, MA 01106

Tonneson & Co.
401 Edgewater PL #300
Wakefield, MA 01880

Town of Edgartown
70 Main Street
Edgartown, MA 02539

Town of Tisbury
P.O. Box 1208
Tisbury, MA 02568

United States Treasury
120 Liberty Street
Brockton, MA 02301

US Specialty Supply
c/o CSI Group International Inc.
PO Box 37
West Berlin, NJ 08091-0037

Velux America, LLC
P.O. Box 75435
Charlotte, NC 28275

Verizon
P.O. Box 15124
Albany, NY 12212

William Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147

Vineyard Harbor Motel
60 Beach Road
Vineyard Haven, MA 02568

Vineyard Propane & Oil
6 N Line Road
Edgartown, MA 02539

Volta Transportation
227 S. Meadow Road
Plymouth, MA 02360

W.B. Mason
59 Centre Street
Brockton, MA 02303

Ware-Rite Distributors
40 Industrial Drive
East Bridgewater, MA 02333

Warren Trask Company
63B Bedford Drive
Lakeville, MA 02347

Wayne Guyther III
9 Tiffany Lane
Vineyard Haven, MA 02568

Woodharbor Custom Cabinetry
3277 9th Street SW
Mason City, IA 50401

Woodharbor Molding and Millwork, Inc.
c/o Weiner Law Firm, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103

In addition, I understand that e-mail notice of this filing was sent to the following:

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Thomas O. Bean    tbean@verrilldana.com, bankrB@verrilldana.com, SKLUGER@VERRILLDANA.COM, bankr@verrilldana.com
- Alan M. Cohen    amc.law@verizon.net
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Joseph G. Foley    joefoleylaw@aol.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Thomas S. Vangel    tvangel@murthalaw.com

- Celine E. de la Foscade-Condon    delafoscac@dor.state.ma.us

      /s/ Adam J. Ruttenberg
Adam J. Ruttenberg, BBO No. 553158
ARENT FOX LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100
adam.ruttenberg@arentfox.com